IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE CRAIG B. SHAFFER

Criminal Action No.      99-cr-00298-DBS

UNITED STATES OF AMERICA,

         Plaintiff,

v.

RICARDO GONZALEZ,

         Defendant.

_____

ORDER EXONERATING BOND
_____

         This court has granted a government motion to voluntarily dismiss the charges against the

defendant.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter

to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

         **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if

applicable, are released.  It is further

         **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be

released by the clerk of the court, or a designated deputy, to the surety or the defendant.


DATED at Denver, Colorado, this 1st  day of September, 2010.

                                        BY THE COURT:




                                        *s/Craig B. Shaffer*
                                        Craig B. Shaffer
                                        United States Magistrate Judge